**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **BRENDA TAITE,**<br><br>   **Plaintiff,**<br>        **v.**<br><br>**EXPRESS PRIMARY CARE, LLC**<br><br>   **Defendant.** | **Civil Case No.:** _____ |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446 and Local Rule 103.5, Defendant, Express Primary Care, LLC, d/b/a Express Care of Dundalk ("Defendant" or "Express Care"), by and through its undersigned counsel, gives notice that it has removed from the Circuit Court of Maryland for Baltimore County, to this Court, the United States District Court for the District of Maryland, the action entitled *Brenda Taite* v. *Express Primary Care, LLC, et al.*, Case No. C-03-CV-23-004820. Defendant's grounds for removing this action are as follows:

1.      This is an action in which the Plaintiff, Brenda Taite, claims she was discriminatorily denied access to healthcare in violation of, *inter alia¸* the Patient Protection and Affordable Care Act, 42 U.S. Code § 18116 (the "ACA") and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, *et seq.* ("Title VI"). This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, and the action is therefore removable to this Court pursuant to 28 U.S.C. § 1441(a).

2.     On or about December 4, 2023, Plaintiff, Brenda Taite, filed in the Circuit Court of Maryland for Baltimore County a civil action entitled *Brenda Taite* v. *Express Primary Care, LLC, et al.*, Case No. C-03-CV-23-004820.

3.     Express Care was served with a copy of the Complaint and a Summons on January 2, 2024.  Accordingly, Express Care has filed its Notice of Removal in compliance with the time requirements of 28 U.S.C. § 1446.

4.     In the Complaint, Plaintiff alleges that Express Care denied her access to medical care on or about November 23, 2023 on the basis of her race. (Complaint at ¶ 5). In the Complaint, Plaintiff alleges that the denial constitutes unlawful discrimination in violation of the ACA and Title VI.

5.     This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, as at least two claims asserted in the Complaint are based on alleged violations of federal statutes: the ACA and Title VI.

6.     Because this Court has original jurisdiction over this action, Defendant may remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

7.     The United States District Court for the District of Maryland, Northern Division is the District and Division which encompasses Baltimore County, Maryland, which is the jurisdiction in which the state circuit court case was filed and also where Plaintiff was allegedly denied medical care.  Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1441.

8.     Attached to this Notice of Removal as Exhibit A are copies of all process, pleadings, and orders served upon Defendant, and, in accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5, copies of all process, pleadings, orders, and other papers or exhibits of every

kind currently on file with the state court.  Defendant has not filed an Answer or other responsive pleading to the Amended Complaint in the state court action.

9.     A copy of this Notice of Removal has been mailed to Plaintiff, and a copy of this Notice of Removal promptly will be filed with the Clerk of the Circuit Court of Maryland for Baltimore County.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and because removal is appropriate pursuant to 28 U.S.C. § 1441(a), notice is hereby given that this action, now pending in the Circuit Court of Maryland for Baltimore County as Case No. C-03-CV-23-004820 is removed in its entirety to this Court.

Dated:  February 1, 2024                    Respectfully submitted,


                                            /s/
                                            Donald E. English, Jr. (Fed. Bar No. 27534)
                                            Andrew T. Will (Fed. Bar No. 22103)
                                            JACKSON LEWIS P.C.
                                            2800 Quarry Lake Drive, Suite 200
                                            Baltimore, MD  21209
                                            (410) 415-2000
                                            (410) 415-2001 (fax)
                                            donald.english@jacksonlewis.com
                                            andrew.will@jacksonlewis.com

                                            *Counsel for Defendant*
                                            *Express Primary Care, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of February, 2024, a copy of the foregoing Notice

of Notice of Removal was filed through the CM/ECF system and will be sent electronically via

email and also by U.S. First Class Mail to the Plaintiff's address below:

> Brenda Taite
> 1420 Merritt Boulevard, Unit 404
> Dundalk, Maryland 21222
>
> *Plaintiff*

      /s/      
Andrew T. Will
