## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

Brenda Taite
1420 Merritt Blvd Unit 404
Plaintiff, pro se   Dundalk, MD
21222

**Cvil Case Number**

C03CV23-4820

vs.

**Express Primary Care, LLC, Business Name**
**Principal Office**
**Suite 1535**
**5 Bel Air South PKWY**
**Bel Air, MD 21015**

**Resident Agent** ~ Serve ON
**Jason H. Weiner**
**10090 Red Run Blvd**
**Owings Mills, MD 21117**

2023 DEC -6 PH 12: 04
CIRCUIT COURT
BALTIMORE COUNTY.
FILED

**ExpressCare of Dundalk, Trade Name**
**1307 Merritt Blvd**
**Dundalk, Maryland 21222-2109**
Resident Agent, Jason H. Weiner 10090 Red Run Blvd Owings Mills, MD 21117
**Jury Demand**

## COMPLAINT

1.    COMES NOW THE PLAINTIFF, Brenda Taite, who brings this cause of

action against ExpressCare of Dundalk, Trade Name, and Express Primary

Care, LLC, Business Name for a failure to provide health care because of her

1

race, which is Black American, and a violation of Maryland Health General Code §2-1004 (2022), 42 U.S.C. Section 18116 and Title VI of the Civil Rights Act of 1964. In addition, her Maryland Constitutional right to equal protection of the laws under Article 19 was violated.

## Jurisdiction

2. This court has jurisdiction over this matter MD Code Ann., Cts. & Jud. Proc. § 1-501 (circuit court jurisdiction and powers). The State Court has concurrent jurisdiction under 42 U.S.C. 18116 and Title VI of the Civil Rights Act of 1964.

## PARTIES

3. The Plaintiff, Brenda Taite is a United States citizen and resides at 1420 Merritt Blvd., Unit 404, Dundalk, Maryland 21222.

4. The Defendant is Express Primary Care, LLC, Business Name, Principal Office, Suite 1535, 5 Bel Air South Parkway, Bel Air, Maryland 21015. The Resident Agent is Jason H. Weiner, 10090 Red Run Blvd., Owings Mills, Maryland 2117. The ExpressCare of Dundalk, Trade Name, 1307 Merritt Blvd., Dundalk, Maryland 21222-2109.

2

## A CLEAR STATEMENT OF THE FACTS

5. On November 25, 2023, I went online and placed an appointment to see a health care provider at Express Care of Dundalk because I was suffering from severe back pain because a 250-pound child had tackled me at my job and ran into me, thereby pushing me into a door that has caused me severe pain in my back and other areas of my body but on this particular day, I was experiencing back spasm and I could not sleep because I was in a lot of pain.

6. I arrived at Express Care for my appointment at the time of eleven thirty that morning. I walked in and registered, and my name was called by the front desk staff. I walked over to the desk as I had done in the past and I stood on the side of the desk where Savannah was sitting.

7. I told the two front desk people who were Savannah and a rude fat white woman whom I would learn whose name was Jessica that I had been injured at work.

8. Immediately, Jessica said, "Have you been here before, and I said yes. Jessica told me, "We are not going to see you because you have been here before, and we are not going to see you. You have to go see your primary care doctor or an orthopedic doctor."

9. I replied my primary care doctor's office is closed, and it can take months to see an orthopedic doctor.

10. I am unwell and I want to see a healthcare provider. Upon saying the latter statement, Jessica began to shout at me that I was not going to be seen.

11. I asked her if she was a board-certified medical doctor who has a license to practice medicine with the state of Maryland and she replied no.

12. I then told her that was what I thought.

13. I then told her that she had no right to tell me that I could not be seen by a healthcare provider. Jessica then pointed her finger at my face and told me to get out, and I told her that she was pointing her finger at me. Jessica then told me that I was loud and ignorant.

14. I told Jessica that I was not ignorant, which I perceived as a code word for nigger because I am Black American.

15. Jessica then replied that there was a sign on the door that if you are loud and ignorant, they can throw you out of the office.

16. I replied I want you to try picking me up and throwing me out of the office. At that moment, Savannah walked back to the office and told me that I was going to be seen but they were going to have to bill my health insurance instead of Workmen's Compensation.

4

17. I said that was fine with me because I was sick, and I needed to see a healthcare provider.

18. I signed the electronic pad agreeing to the billing of my insurance for the visit.

19. I then proceeded to my seat and my fiance` who is serving in the United States Army in Syria called me to see if I was able to see a healthcare provider.

20. I told him about my rude awakening with Jessica at the front desk.

21. He was stunned that I had been subjected to such harsh treatment at a doctor's office.

22. After sitting there for about six or seven minutes, I was called by the nurse whose name was Dominique to come into the back office to be seen by a health care provider.

23. Once there in the back office; I was shown what room to go to and I was given a cup to urinate in.

24. I told her that I could not urinate, but Dominque encouraged me to try because I was having severe back pain.

25. I went into the rest room but there was no success in urinating.

26. I came back out and went into the room that she told me to go into.

27. Later, Dominique came into the room, and I explained that I could not urinate, and I recited what I stated above to her.

28. Dominique responded that she had no control over the front desk and that it was her job to ensure that I had good experience in the back office.

29. Dominque excused herself and came back and told me that the front desk staff was calling my Workmen's Compensation for approval of my visit which contravenes the Maryland Workmen's Compensation statute, which states that I can see any healthcare provider of my choosing.

30. Dominique then left the room to get me some water because she told me that I needed to urinate because of the severe back pain.

31. Upon Dominique's return, Savannah walked into the room and said that Workmen's Compensation did not approve my visit and they would have to bill my insurance, or I would have to pay over $250 or more to be seen by a healthcare provider.

32. Dominique told Savanah that they could not bill my insurance because I would be charged with fraud because it was a Workmen's Compensation visit. Dominique, whose medical credentials I do not know, told me to leave. At that point, I gathered my belongings and left the clinic. On November 28,

6

2023, Adriana, a manager with Express Care called me while I was at the Baltimore Circuit Court.

33. I was in the process of researching to file this lawsuit. Adriana told me that all three employees had given me the wrong information and that I should have been seen by a healthcare provider.

34. I recited to her the facts stated in my complaint, and I ended our conversation with, please get back with me on how we can resolve this situation. I never heard back from her.

35. The Maryland Department of Health does not regulate Express Care. Express Care is an unregulated healthcare provider in the State of Maryland, even though the entity receives Medicaid funds from the State of Maryland.

36. The Maryland Attorney General does not regulate Express Care because the office does not regulate the quality of healthcare.

## COUNT I

## MD HEALTH GENERAL CODE §2-1004 (2022)

37. Plaintiff incorporates by reference Paragraphs 1 through 36 as if fully set forth herein.

38. By the aforesaid actions, Defendants have violated the Maryland Health General Code Section 2-1004 by denying Plaintiff equal access to healthcare because of her race, Black American.

39. Plaintiff has been damaged as a proximate result of Defendant's conduct.

## COUNT II

## Maryland Constitution Article 19 Equal Protection Clause

40. Plaintiff incorporates by reference Paragraphs 1 through 39 as if fully set forth herein.

41. By the aforesaid actions, Defendants have violated Plaintiff's equal protection rights under the Maryland Constitution Article 19.

42. The defendants' employees, Dominique, Jessica, and Savannah denied the plaintiff her Maryland constitutional right to equal access to healthcare because of her race, Black American.

## COUNT III

## 42 U.S.C. 18116

43. Plaintiff incorporates by reference Paragraphs 1 through 42 as if fully set forth herein.

44. By the aforesaid actions, the Defendants' employees have violated the Plaintiff's federal protection of access to healthcare.

## COUNT IV

## Title VI of the Civil Rights Act of 1964

45. Plaintiff incorporates by reference Paragraphs 1 through 42 as if fully set forth herein.

46. By the aforesaid actions, the Defendants' employees have violated the Plaintiff's right to access to healthcare because of her race, Black American in violation of Title VI of the Civil Rights Act of 1964.

Prayer for Relief

The plaintiff prays that this Court:

(1) Declare that the healthcare practices complained of this Complaint are unlawful.

(2) Order the Defendants to make the Plaintiff whole.

(3) Order that the Defendants pay the Plaintiff Compensatory and Punitive damages.

9

Wherefore, the Plaintiff demands judgment against the Defendants for damages in the amount of $250,000 and such other relief as this Court deems just.


Jury Trial Demand

Plaintiff demands a trial by jury.

*Brenda Taite, Plaintiff, pro se*

Brenda Taite, Plaintiff, pro se

December 6, 2023

1420 Merritt Blvd. Unit 404

Dundalk, Maryland 21222

(251) 593-0390

Btaite3889@aol.com